**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

SKYVISION, INC.,

*Plaintiff,*

v.

SUPERSTAR/NETLINK GROUP LLC,

*Defendant.*

**Civil No. 00-CV-74** MJD/RLE

**NOTICE OF DISMISSALWITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiff Skyvision, Inc, hereby dismisses all claims in this case, including the Complaint and Amended Complaint, with prejudice. Plaintiff will bear its own costs and attorneys' fees.

April 20, 2000

GUNHUS, GRINNELL, KLINGER,
SWENSON & GUY, LTD.

By: ______________________
Craig R. Campbell No. 188829
Gregory P. Hammes No. 242573
Steve Noack No. 189066
Attorneys for Plaintiff Skyvision, Inc.
215 30th Street North
P.O. Box 1077
Moorehead, MN 56561-1077

**SO ORDERED:**

______________________
United States District Judge

Dated: 4-27-00

FILED APR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______